IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| A.D., *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> WYNDHAM HOTELS AND RESORTS, INC., <br><br> Defendant. | Civil Action No. 4:19cv120 (RCY) |

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion for Leave to File a Third-Party Complaint ("Motion") (ECF No. 56). Pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, Defendant Wyndham Hotels & Resorts, Inc. seeks to file a Third-Party Complaint in this Action against Hampton Sai, LLC and Krish Aashi, LLC, two entities that allegedly owned and operated two of the hotels identified in the Complaint. (ECF No. 57.) Plaintiff does not oppose this Motion.

Having considered Defendant's Motion and the briefs and exhibits in support, the Court GRANTS the Defendant's Motion. The Defendant shall file the Third-Party Complaint within seven (7) days of the entry of this Order.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

Richmond, Virginia
Date: <u>December 8, 2020</u>

/s/ *[signature]*
Roderick C. Young
United States District Judge